IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 15 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-05-003-01 |
| Jose Reyes-Hernandez | § | |

**ORDER**

BE IT REMEMBERED on this 14 day of April, 2005, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **January 10, 2005**, wherein the defendant **Jose Reyes-Hernandez** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Jose Reyes-Hernandez** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Jose Reyes-Hernandez, guilty of the offense of alien unlawfully attempted illegal re-entry into the United States after deportation, in violation of 8 USC 1326 (a).**

SIGNED this the 14 day of April, 2005.

Hilda G. Tagle
United States District Judge